UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JERMAINE FREDERICK,

    Defendant.

                                  **INDICTMENT**

_____/

The Grand Jury charges:

**Possession with Intent to Distribute Controlled Substances**

On or about December 17, 2025, in Calhoun County, in the Southern Division of the Western District of Michigan, the Defendant,

**JERMAINE FREDERICK,**

knowingly and intentionally possessed with the intent to distribute controlled substances, including, 1) cocaine, a Schedule II controlled substance; 2) cocaine base ("crack"), a Schedule II controlled substance; and 3) fentanyl – N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide – a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1), (b)(1)(C)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

STEPHANIE M. CAROWAN
Assistant United States Attorney